[This decision has been published in *Ohio Official Reports* at 90 Ohio St.3d 1248.]

ESTATE OF LIPOSCHAK ET AL., APPELLANTS, *v*. CONRAD, ADMR., BUREAU OF WORKERS' COMPENSATION, APPELLEE.

[Cite as *Estate of Liposchak v. Conrad*, 2001-Ohio-17.]

*Appeal dismissed as improvidently allowed.*

(No. 00-839—Submitted November 14, 2000—Decided January 17, 2001.)

APPEAL from the Court of Appeals for Jefferson County, No. 98-JE-26.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Eric S. Bravo*, for appellants.

*Betty D. Montgomery*, Attorney General, and *Dennis H. Behm*, Assistant Attorney General, for appellee.

————————————